**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Eric and Maris Phillips, | : | **Chapter 13** |
| | : | |
| Debtors. | : | **Bky. No.  26-12381 (PMM)** |

**O R D E R**

AND NOW, upon consideration of the Debtors' Motion for an Additional Extension of Time (Doc. no. 14, "the Motion"), it is hereby **ORDERED** that:

I.    Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **July 2, 2026.**

II.    **NO FURTHER EXTENSIONS WILL BE GRANTED**.  **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

III.    This extension of time is **CONDITIONED** on the **WAIVER** of the Debtors' right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.  3002(c), **PROVIDED** that the proof of claim is filed  **on or before September 2, 2026**.

IV.    Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTORS' COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

**Date:  6/22/26**

_____
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**